**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2191**

FAYEGH JADALI, M.D., Ph.D,

Plaintiff - Appellant,

versus

ALAMANCE REGIONAL MEDICAL CENTER,
INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.   James A. Beaty, Jr.,
District Judge.  (CA-04-214-1)

Submitted: February 16, 2006          Decided: February 21, 2006

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fayegh Jadali, Appellant Pro Se. Stephen Douglas Dellinger,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Charlotte, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fayegh Jadali appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jadali v. Alamance Regional Med. Ctr., Inc., No. CA-04-214-1 (M.D.N.C. Sept. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED